# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAVID BECATTINI,**  Plaintiff,  v.  **LUTRONIC CORPORATION**, et al.  Defendants. | CIVIL ACTION  NO. 19-2464-KSM |

## ORDER

**AND NOW**, this 8th day of December 2021, after considering Defendants' Motion for Summary Judgment (Doc. No. 39), Plaintiff's opposition brief (Doc. No. 50), and Defendants' reply brief (Doc. No. 41), and following oral argument on November 30, 2021 (Doc. No. 49), it is **ORDERED** that Defendants' Motion for Summary Judgment is **GRANTED**.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.